Marc X. Carlos, Esq.
California State Bar No.: 132987
**MARC CARLOS LAW, A.P.C.**
424 F Street, Suite 205
San Diego, CA 92101
Telephone: (619) 702-3226
Facsimile: (619) 702-5415

Attorney for Defendant
KYLE ADAMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE ADAMS,<br><br>Defendant. | Case No.: 18CR432-JLS<br><br>DEFENDANT'S ACKNOWLEDGMENT OF NEXT COURT APPEARANCE FOR SENTENCING HEARING WITH PSR |

**<u>ACKNOWLEDGMENT</u>**

DEFENDANT KYLE ADAMS HEREBY ACKNOWLEDGES AND CONSENTS to the date of his sentencing hearing with PSR to be heard on **March 29, 2024, at 9:00 a.m.**

SO ACKNOWLEDGED.

Respectfully Submitted,

Dated: 2-5-24

_/s/ Kyle Adams_
KYLE ADAMS